

**2014–0140.   Navistar, Inc. v. Levin.**
Board of Tax Appeals, No. 2010–575. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the motion of amici curiae Ohio Manufacturers' Association and Ohio Chamber of Commerce to participate in oral argument scheduled for Wednesday, May 6, 2015, it is ordered by the court that the motion is granted. Amici curiae shall share the oral-argument time allotted to appellant.

**2014–1480.   In re A.I.**
Cuyahoga App. No. 99808, 2014-Ohio-2259. This cause came on for further consideration upon the filing of appellant's motion to secure and seal record. It is ordered by the court that the motion is denied as moot.

**2010–1373.   State v. Thompson.**
Summit C.P. No. CR2008072390. This cause came on for further consideration upon appellant's filing of a motion for appointment of counsel.

Upon consideration of appellant's motion for appointment of counsel, it is ordered by the court that the motion is granted and Angela Wilson Miller is appointed to represent appellant for the purpose of filing an application to reopen his direct appeal pursuant to S.Ct.Prac.R. 11.06.

**2014–0601.   Kuhn v. Kuhn.**
Guernsey App. No. 13–CA–24, 2014-Ohio-126. This cause is pending before the court as an appeal from the Court of Appeals for Guernsey County.

Upon consideration of appellee's motion for continuance of oral argument scheduled for May 5, 2015, it is ordered by the court that the motion is denied.

